COPY FOR JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-33-LYNCH
(MDFL 97-30-Cr-Oc-10B)

UNITED STATES OF AMERICA

VS

MICHAEL LEE
_____/

FILED BY_____D.C

98 MAY 29 PM 1:46

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA.-FT PIERCE

**ORDER OF REMOVAL**

A(n)   _____   Complaint
       _____   Indictment
       _____   Information
       ___X____   Probation Violation Warrant
       _____   Bench Warrant

having been filed in the <u>MIDDLE</u> District of <u>FLORIDA</u> charging the above named defendant with <u>PROBATION VIOLATION.</u>

and the defendant having

       _____   Surrendered
       ___X____   Been Arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

       ___X____   Waived Further Hearing
       _____   Been given a hearing in accordance with
                  <u>Federal Rules Criminal Procedure 40</u>

and having posted the bail as set by the Court, it is thereupon,

**ORDERED AND ADJUDGED** as follows:

1. The defendant is held to answer in the District in which the charge is outstanding and shall appear before the District Court thereof at such time and place as may be ordered; and

2. All funds deposited on behalf of this defendant with the Clerk of Court pursuant to the Bail Reform Act shall be transferred to the District where the charge is outstanding.

**DONE AND ORDERED** at Fort Pierce, Florida this <u>29th</u> day of <u>May</u>, 1998.

_____
FRANK J. LYNCH
UNITED STATES MAGISTRATE JUDGE

c: Defendant
   Defense Counsel
   U.S. Attorney
   U.S. Marshal
   Pretrial Services
   Financial Section

removal.ord